```
                                              FILED
                                         2008 MAR 19 PM 2:16

                                         ___KNH___
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 0802 JAH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| JOSE JUAN FERNANDEZ, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about March 5, 2008, within the Southern District of California, defendant JOSE JUAN FERNANDEZ did knowingly and intentionally import 50 kilograms and more, to wit: approximately 52.40 kilograms (115.28 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CPH:fer:San Diego
3/14/08

<u>Count 2</u>

On or about March 5, 2008, within the Southern District of California, defendant JOSE JUAN FERNANDEZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 52.40 kilograms (115.28 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

2