1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  david_peterson@fd.org

5  Attorneys for Mr. Fernandez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,          ) | Case No.:  08cr0802-JAH
                                        )
12 |        Plaintiff,                  ) | Date:    April 21, 2008
                                        ) | Time:    8:30 a.m.
13 | v.                                 )
                                        ) | **NOTICE OF MOTIONS AND**
14 | JOSE JUAN FERNANDEZ,               ) | **MOTIONS TO:**
                                        )
15 |                                    ) | **(1) COMPEL DISCOVERY; AND**
    |        Defendant.                 ) | **(2) GRANT LEAVE TO FILE FURTHER**
16 |                                    ) |     **MOTIONS**
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
   _____)
20

21 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY
22

23    **PLEASE TAKE NOTICE** that on March 24 2008, at 2:00 p.m., or as soon thereafter as counsel

24 may be heard, the accused, Jose Juan Fernandez, by and through his attorneys, David M.C. Peterson and

25 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined

26 below.

27 //

28

                                                                                        08cr0802-JAH

# MOTIONS

Defendant, Mr. Fernandez, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Discovery; and
(2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: April 7, 2008

*/s/ David M.C. Peterson*
David M.C. Peterson
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Fernandez
E-mail: david_peterson@fd.org