UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   08CR0802-JAH |
| Plaintiff, | DATE:<br>TIME: |
| v. | |
| JOSE JUAN FERNANDEZ, | **ORDER** |
| Defendant. | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant regarding the <u>Motions as listed in the attached pleadings</u> in the above-entitled action be shortened to seven (7) days, and that the matter be calendared for hearing on April 21, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: _____

**HONORABLE JOHN A. HOUSTON**
UNITED STATES DISTRICT JUDGE

DAVID M.C. PETERSON
California State Bar Number 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: david_peterson@fd.org

Attorneys for Mr. Fernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0802-JAH |
|---|---|---|
| Plaintiff, | ) | DATE:   April 21 |
| | ) | TIME:    8:30 a.m. |
| v. | ) | |
| JOSE JUAN FERNANDEZ, | ) | |
| | ) | **MOTION TO SHORTEN TIME** |
| Defendant. | ) | |

   The above-named defendant, by and through counsel, moves this Court for an order shortening time in his <u>Motions as listed in the attached pleadings</u> to seven (7) days, to be heard April 21, at 8:30 a.m., or as soon thereafter as counsel may be heard, for the following reason:

   Counsel for Mr. Fernandez did not receive discovery until April 1, 2008, and was unable to complete the motions before the date submitted due to the press of business.

                                                      Respectfully submitted,


DATED:  April 14, 2008                  */s/ DAVID M.C. PETERSON*
                                                      DAVID M.C. PETERSON
                                                      Federal Defenders of San Diego, Inc.
                                                      Attorneys for Defendant Fernandez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  April 14, 2008                                /s/ DAVID M. PETERSON
                                                                Federal Defenders of San Diego, Inc.
                                                                225 Broadway, Suite 900
                                                                San Diego, CA  92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                David_Peterson@fd.org (email)