1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  david_peterson@fd.org

5  Attorneys for Mr. Fernandez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No.: 08cr0802-JAH |
| 12       Plaintiff, | ) ) | Date:  April 21, 2008<br>Time:  8:30 a.m. |
| 13 v. | ) ) | **NOTICE OF MOTIONS AND** |
| 14 JOSE JUAN FERNANDEZ, | ) ) | **MOTIONS TO:** |
| 15       Defendant. | ) ) ) | **(1) DISMISS INDICTMENT DUE TO UNCONSTITUTIONALITY OF THE STATUTE;** |
| 16 | ) ) | **(2) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;** |
| 17 | ) ) ) | **(3) PRESERVE AND INSPECT EVIDENCE** |
| 18 | ) ) | **(4) SUPPRESS STATEMENTS;** |
| 19 | ) ) | **(5) SUPPRESS EVIDENCE;AND,** |
| 20 _____ ) | | **(6) GRANT LEAVE TO FILE FURTHER MOTIONS** |

21
   TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
22         PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY

23      **PLEASE TAKE NOTICE** that on April 21, 2008, at 8:30 a.m., or as soon thereafter as counsel may

24 be heard, the accused, Jose Juan Fernandez, by and through his attorneys, David M.C. Peterson and Federal

25 Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

26 //

27 //

28 //

                                                                                    08cr0802-JAH

**MOTIONS**

Defendant, Mr. Fernandez, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss Indictment Due To Unconstitutionality of the Statute;
(2) Dismiss Indictment Due To Misinstruction of the Grand Jury;
(3) Preserve and Inspect Evidence;
(4) Suppress Statements;
(5) Suppress Evidence;
(6) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: April 14, 2008

*/s/ David M.C. Peterson*
David M.C. Peterson
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Fernandez
E-mail: david_peterson@fd.org