Contacts

Boost       888 266 7848
Cuaco       72*15*1210
Eugenio     124*675*717
Hector      125*311*15293
Heidi       630 7341
Jasmin Enciso  638 3836
Jury        152*191450*1
Lalo        116*76*851
Luci        125*309*10741
Lupe        126*292*9548
Martin      125*26725*186
Neli        126*931*9533
Ninfa       152*15*48794
Pili        619 565 2964
Piro        126*965*3886
Rmen        121*144*12142
Siriaco     126*917*11439
Sirilo      152*160655*3
Victor      125*26725*94
Victoriano  125*26725*94
            123*318970*26

Calls

619 575 0283   3/5 @ 0806
122*488*2616   3/5 @ 0750
122*488*2616   3/5 @ 0750
Cuaco          3/5 @ 0737
Lalo           3/5 @ 0613
Pili           3/4 @ 10:18pm
411            3/4 @ 10:15pm
12093578443    3/4 @ 10:13pm
126*68*17072   3/4 @ 9:46pm
Luci           3/4 @ 9:43pm
619 585 1846   3/4 @ 9:31pm
611            3/4 @ 9:29pm
122*488*4231   3/4 @ 8:36pm
152*140120*1   3/4 @ 5:10pm
126*62*13782   3/4 @ 4:11pm
15624153178    3/4 @ 4:10pm
121*135*13070  3/4 @ 4:09pm
P5166035977    3/4 @ 3:57pm
152*140120*2   3/4 @ 3:54pm
619 476 2710   3/4 @ 3:44pm
696            3/4 @ 3:16pm

0038