KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. (pending)
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No: (619) 557-6507
paul.starita@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal Case No. 08CR0802-JAH |
| )                                   | |
| Plaintiff,      ) | |
| )                                   | MOTION FOR ORDER TO |
| v.                              ) | SHORTEN TIME |
| )                                   | |
| JOSE JUAN FERNANDEZ,            ) | |
| )                                   | |
| Defendant.      ) | |
| )                                   | |
| _____ ) | |

COMES NOW, the plaintiff, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, and hereby moves this court for an order shortening time to allow the submission of the United States' Response and Opposition.

This application is made for the following reasons:

(1) The Court set a motion hearing in this case for May 27, 2008.  Defendant filed motions to be heard on this date.  Accordingly, the United States' response to Defendant's motions were due to be filed by May 20, 2008.

(2) Due to counsel for the United States being preoccupied with preparation for trial in four cases set for trial in June, counsel missed the due date for the United States' response to Defendant's motions.

//

1  (3)  Accordingly, the United States respectfully requests that its response to Defendant's motions to be heard on May 27, 2008 be accepted for filing two days late. The United States will send a proposed Order permitting filing on May 22, 2008 of its response to efile_houston@casd.uscourts.gov.

Dated: May 22, 2007

           Respectfully submitted,

           KAREN P. HEWITT
           United States Attorney

           /s/Paul L. Starita
           PAUL L. STARITA
           Assistant U.S. Attorney