KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. (pending)
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No: (619) 557-6507
paul.starita@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0802-JAH |
| Plaintiff, ) | |
| ) | ORDER SHORTENING TIME |
| v. ) | |
| JOSE JUAN FERNANDEZ, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the United States' response to Defendant's motions due to be heard at the motion hearing on May 27, 2008 may be filed on May 22, 2008.

DATED: May 22, 2008

_____
JOHN A. HOUSTON
United States District Judge