1 **DAVID M.C. PETERSON**
California Bar No. 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 David_Peterson@fd.org

5 Attorneys for Mr. Fernandez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA,       ) | Criminal No. 08CR0802-JAH |
| 12            Plaintiff,            ) | Date: May 27, 2008 |
|                                     ) | Time: 8:30 a.m. |
| 13     v.                           ) | |
|                                     ) | NOTICE OF MOTION AND MOTION |
| 14  JOSE JUAN FERNANDEZ,            ) | TO SHORTEN TIME |
|                                     ) | |
| 15            Defendant.            ) | |

17    The defendant, Jose Juan Fernandez, by and through his attorneys, David M.C. Peterson, and Federal

18 Defenders of San Diego, Inc., moves this Court for an order shortening time in his reply listed in the

19 attached pleadings to allow him to file the motion on May 23, 2008, to be heard May 27, 2008 at 8:30 a.m.

20 or as soon thereafter as counsel may be heard, for the following reason:

21    Counsel did not receive the government's response until May 22. Exercising all diligence,
      it took him one business day to reply to the arguments made government's opposition.

                                            Respectfully submitted,

23 Dated: May 23, 2008           ***/s/ David M.C. Peterson***
                                 David M.C. Peterson
24                               Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Fernandez
25                               David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  May 23, 2008         /s/ DAVID M. C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)