UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 08CR0802-JAH |
| Plaintiff, ) | Date: May 27, 2008 |
| ) | Time: 8:30 a.m. |
| v. ) | |
| ) | **ORDER TO SHORTEN TIME** |
| JOSE JUAN FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

Application having been made and good cause appearing,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant regarding the Motions as listed in the attached pleadings in the above-entitled action be shortened to allow filing on May 23, 2008, and that the matter be calendared for hearing on May 27, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: May 27, 2008

_____
JOHN A. HOUSTON
United States District Judge