1 **DAVID M.C. PETERSON**
California State Bar Number 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
4 david_peterson@fd.org

5
Attorneys for Mr. Fernandez
6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 **(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | Case No.: 08cr0802-JAH |
| 11 Plaintiff, | ) ) ) | Date: June 13, 2008<br>Time: 8:30 a.m. |
| 12 v. | ) ) | NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO: |
| 13 JOSE JUAN FERNANDEZ, | ) ) | |
| 14 Defendant. | ) ) | 1) PRECLUDE EVIDENCE UNDER 404(B) AND 609; |
| 15 | ) ) | 2) GRANT ATTORNEY CONDUCTED VOIR DIRE; |
| 16 | ) ) | 3) EXCLUDE 403 EVIDENCE;<br>4) EXCLUDE EVIDENCE OF STRUCTURE; |
| 17 | ) ) | 5) PRECLUDE MARIJUANA FROM COURTROOM; |
| 18 | ) ) | 6) PRECLUDE EVIDENCE OF PERSONAL USE PARAPHERNALIA AS IMPROPER |
| 19 | ) ) | 404(B);<br>7) PRECLUDE INTRODUCTION OF |
| 20 | ) ) | DOCUMENTS NOT YET PRODUCED IN DISCOVERY; |
| 21 | ) ) | 8) ORDER PRODUCTION OF SUPPLEMENTAL REPORTS; |
| 22 | ) ) | 9) PRECLUDE DOCUMENTS AND OTHER EVIDENCE OF POVERTY; |
| 23 _____ | ) | 10) EXCLUDE EVIDENCE OF DEMEANOR; AND, |
| 24 | | 11) COMPEL PRODUCTION OF THE GRAND JURY TRANSCRIPTS. |

25

26 TO: KAREN HEWITT, UNITED STATES ATTORNEY, and
PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY
27

28 //

**PLEASE TAKE NOTICE** that, on June 13, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, the accused, George Metzgar, by and through his attorneys, David Peterson, Jason Ser, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

## MOTIONS

Mr. Jose Juan Fernandez, by and through his counsel, David Peterson, Jason Ser, and Federal Defenders of San Diego, Inc., brings these motions in limine and other trial motions to:

1) Preclude Evidence Under 404(B) and 609;
2) Grant Attorney Conducted Voir Dire;
3) Exclude 403 Evidence;
4) Exclude Evidence of Structure;
5) Preclude Marijuana From the Courtroom;
6) Preclude Evidence of Personal Use Paraphernalia as Improper 404(b);
7) Preclude Introduction of Documents Not Yet Produced In Discovery;
8) Order Production of Supplemental Reports;
9) Preclude Documents and Other Evidence of Poverty;
10) Exclude Evidence of Mr. Metzgar's Demeanor; and,
11) Compel Production of Grand Jury Transcripts.

Mr. Fernandez brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules. This motion is based on the previously submitted statement of facts and memorandum of points and authorities.

Respectfully submitted,

Dated: June 2, 2008

s/ *David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Fernandez
david_peterson@fd.org