**DAVID M.C. PETERSON**
California State Bar Number 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
david_peterson@fd.org

Attorneys for Mr. Fernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08cr0802-JAH |
| Plaintiff, ) | Date: June 13, 2008 |
| ) | Time: 8:30 a.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO EXCLUDE THE GOVERNMENT'S PROPOSED "EXPERT" TESTIMONY |
| JOSE JUAN FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY, and
     PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that, on June 13, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, the accused, Jose Juan Fernandez, by and through his attorneys, David Peterson, Steven Barth, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

**MOTIONS**

Mr. Jose Juan Fernandez, by and through his counsel, David Peterson, Steven Barth, and Federal Defenders of San Diego, Inc., brings these motions in limine and other trial motions to:

Exclude the Government's Proposed "Expert" Testimony.

Mr. Fernandez brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules. This motion is based on the accompanying statement of facts and memorandum of points and authorities.

                                        Respectfully submitted,

Dated: June 6, 2008                     s/ *David M.C. Peterson*
                                        **DAVID M.C. PETERSON**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Fernandez
                                        david_peterson@fd.org