UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08cr802-JAH |
| ) | |
| Plaintiff, ) | **ORDER AUTHORIZING THE** |
| v. ) | **PRESERVATION AND** |
| ) | **INSPECTION OF EVIDENCE** |
| JOSE JUAN FERNANDEZ, ) | **SEIZED** |
| ) | |
| Defendant. ) | |
| ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

1. The government preserve the alleged narcotic evidence in this case until inspection and re-weighing by the defense is complete.

2. That defense counsel and/or their investigators be granted access to the alleged contraband and other evidence for the purposes of investigation, including inspection, photographing, and re-weighing it.

3. That the government also preserve the following evidence in this case: (1) the containers or packaging within which the contraband was discovered; (2) the results of any fingerprint analysis; (3) the defendant's personal effects; (4) any video and/or audio tapes capturing Mr. Fernandez or his vehicle in this matter; (5) recorded communications made by the government related to the above captioned case, e.g. radio communications; (6) any "rough notes" taken by agents related to the above captioned case; (7) any evidence seized from the defendant or any third party; and, (8) the vehicle driven by Mr. Fernandez.

4. Further, it is ordered that all government agencies and private contractors having custody of evidence be notified of this preservation order.

DATED: June 12, 2008

_____
JOHN A. HOUSTON
United States District Judge