1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone:  (619) 234-8467
4  Email: david_peterson@fd.org

5  Attorneys for Mr. Fernandez

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE JOHN A. HOUSTON)**

11  UNITED STATES OF AMERICA,        )    Case No. 08CR0802-JAH
                                     )
12                                   )    DATE:     June 24, 2008
             Plaintiff,              )    TIME:     9:00 a.m.
13                                   )
    v.                               )    **APPLICATION FOR AN ORDER**
14                                   )    **AUTHORIZING DEFENSE TO BRING IN**
                                     )    **COMPUTER EQUIPMENT**
15  **JOSE JUAN FERNANDEZ,**         )    **TO COURTROOM.**
                                     )
16                                   )
             Defendant.              )
17
    _____
18

19

20          Defense counsel anticipates using the electronic equipment during sentencing in order to

21  present evidence and for other use in Mr. Fernandez' jury trial.  Therefore, counsel requests that the

22  court grant the instant Application for an Order to allow defense counsel to bring in the necessary

23  electronic equipment.

24                                              Respectfully submitted,

25                                              /s/ *David M.C. Peterson*
    Date: June 23, 2008                         **DAVID M.C. PETESRON**
26                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Fernandez
27

28

                                                                        08CR0802-JAH

1                          **CERTIFICATE OF SERVICE**

2            Counsel for Defendant certifies that the foregoing is true and accurate to the best

3    information and belief, and that a copy of the foregoing document has been caused to be delivered this

4    day upon:

5            Courtesy Copy to Chambers

6            Copy to Assistant U.S. Attorney via ECF NEF

7    Dated: June 23, 2008                          /s/ DAVID M. PETERSON
                                             Federal Defenders of San Diego, Inc.
8                                            225 Broadway, Suite 900
                                             San Diego, CA  92101
9                                            (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
10                                           David_Peterson@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2                          08CR0802-JAH