UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br> Plaintiff, )  <br>  )  <br> v. )  <br>  )  <br> **JOSE JUAN FERNANDEZ,** )  <br>  )  <br> Defendant. )  <br>  )  <br> _____ ) | Case No. 08cr0802-JAH  <br>  <br> DATE: June 24, 2008  <br> TIME: 9:00 a.m.  <br>  <br> **ORDER PERMITTING USE OF COMPUTER EQUIPMENT** |

**IT IS HEREBY ORDERED** that defense counsel and/or defense representatives may bring the following audio-visual, and computer equipment, into the courthouse, for jury trial on June 24, 2008, at 9:30 a.m. for sentencing, which may include: a laptop computer, a video projector, an ELMO projector, other related computer equipment, and necessary cables (*i.e.*, extension cords, computer and projector cables, *et cetera*).

**SO ORDERED.**

DATED: June 23, 2008

_____
JOHN A. HOUSTON
United States District Judge

08CR0802-JAH