MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

United States      VS      Jose Juan Fernandez

___ Plaintiff    X Defendant    X Court    Type of Hearing: Jury Trial

Case Number: 08CR0802-JAH

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| A | 6/24/08 |  | Report of Jason Boutwell. |
| B | 6/25/08 |  | Report of David Garza. |
| C | 6/25/08 | 6/25/08 | Photo of camper shell. |
| D | 6/25/08 | 6/25/08 | Can of flat fixer found in defendants vehicle. |
| E | 6/25/08 |  | Report of Jeffrey Roberts. |
| F | 6/25/08 |  | Resume of Andrew Flood. |
| G | 6/25/08 | 6/25/08 | Photograph of defendant's truck. |
| H | 6/25/08 | 6/25/08 | left rear tire |
| I | 6/25/08 | 6/25/08 | right rear tire |
| J | 6/25/08 | 6/25/08 | Interior photo the defendants truck. |
| K | 6/25/08 | 6/25/08 | Can of fix-a-flat |
| L | 6/25/08 | 6/25/08 | Photo of metal rod on seat of truck. |
| M | 6/25/08 | 6/25/08 | Photo of rusted area of truck. |